No. D–279.  IN RE DISBARMENT OF RESNICK.  Disbarment entered.  [For earlier order herein, see 458 U. S. 1125.]

No. D–280.  IN RE DISBARMENT OF STERN.  Disbarment entered.  [For earlier order herein, see 458 U. S. 1126.]

No. D–293.  IN RE DISBARMENT OF DOYLE.  Disbarment entered.  [For earlier order herein, see 459 U. S. 939.]

No. D–295.  IN RE DISBARMENT OF MOYER.  Disbarment entered.  [For earlier order herein, see 459 U. S. 939.]

No. D–298.  IN RE DISBARMENT OF BURGER.  Disbarment entered.  [For earlier order herein, see 459 U. S. 940.]

No. D–302.  IN RE DISBARMENT OF JOHNSON.  Disbarment entered.  [For earlier order herein, see 459 U. S. 985.]

No. D–304.  IN RE DISBARMENT OF MCCONNELL.  Disbarment entered.  [For earlier order herein, see 459 U. S. 1083.]

No. D–306.  IN RE DISBARMENT OF PHILLIPS.  Disbarment entered.  [For earlier order herein, see 459 U. S. 1083.]

No. D–314.  IN RE DISBARMENT OF MOLOVINSKY.  It is ordered that Gale S. Molovinsky, of Potomac, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–317.  IN RE DISBARMENT OF MACK.  It is ordered that Ollie R. Mack, Jr., of Philadelphia, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.